583 A.2d 789

**Dorothy M. WHITE, Executrix of the Estate of Alfred S. White, Deceased, Appellant,**

**v.**

**Roger D. WEINER, M.D., Robb S. Seto, M.D., Gerard Voci, M.D., Episcopal Hospital, Eli Lilly and Company, Walter H. Beadling, Jr., M.D., and Dr. Baruch.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1990.

Decided Jan. 7, 1991.

Rodger L. Mutzel and J. Michael Sheridan, Media, for appellant.

Nina M. Gussack, Philadelphia, for Eli Lilly & Co.

Edward W. Madeira and Kenwyn Dougherty, Philadelphia, for Dr. Seto.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

### ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.